UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HAROLD WILKES, )<br>)<br>PLAINTIFF, )<br>)<br>V. )<br>)<br>DEFENSE LAWYERS, P.A. and LEE )<br>ANDREW STEIN, )<br>)<br>DEFENDANTS. ) | CASE NO.: 5:21-cv-00091-TES |

## CONSENT ORDER MODIFYING SCHEDULING AND DISCOVERY ORDER

The Court, upon the consent of the Parties and upon good cause being shown, does hereby modify the Scheduling Order of October 15, 2021 as follows:

Discovery shall be limited to the issue of whether an arbitration agreement exists, whether such arbitration agreement applies to Plaintiff's claims, and whether any such arbitration agreement has been waived. This limited discovery period shall end on January 15, 2022, and the Defendants are ordered to file a motion to compel arbitration, or other motion related to the issue of whether an arbitration agreement exists, whether an arbitration agreement applies to Plaintiff's claims, and whether such arbitration provision has been waived by February 15, 2022. Further discovery related to all other matters is hereby stayed until the Court issues a final ruling on

Defendants' motion to compel arbitration, or until such other time as the Court orders that the stay be lifted.

This \_\_\_18\_\_\_ day of October 2021.

_____
HON. TILMAN E. SELF, III
JUDGE UNITED STATES DISTRICT COURT

Consented to by:

BEDARD LAW GROUP, P.C.

/s/ Michael K. Chapman
Michael K. Chapman
Georgia Bar No. 322145
4855 River Green Parkway, Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
mchapman@bedardlawgroup.com
ATTORNEY FOR DEFENDANTS

Consented to by:

Cliff Carlson Law, P.C.

/s/ Clifford Carlson
Clifford Carlson
Georgia Bar No. 227503
1114-C1 Highway 96 #347
Kathleen, Georgia 31047
Tel. 478-254-1018
cc@cliffcarlsonlaw.com
ATTORNEY FOR PLAINTIFF